# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 1940 Disciplinary Docket No. 3 |
| | : | |
| | : | No. 5 DB 2013 |
| JOSEPH D. LENTO | : | |
| | : | Attorney Registration No. 208824 |
| | : | |
| PETITION FOR REINSTATEMENT | : | (Philadelphia) |

## O R D E R

**PER CURIAM:**

AND NOW, this 4th day of September, 2014, on certification by the Disciplinary Board that the respondent, Joseph D. Lento, who was suspended by Order of the Court dated July 17, 2013, for a period of one year, has filed a verified statement showing compliance with all the terms and conditions of the Order of Suspension and Rule 217, Pa.R.D.E., and there being no other outstanding order of suspension or disbarment, Joseph D. Lento is hereby reinstated to active status, effective immediately. Pursuant to our Order of July 17, 2013, respondent is placed on probation for a period of one year, subject to the conditions as set forth therein.